[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 198.]

TOMEI, A MINOR, F.K.A. ABOUHASSAN, APPELLEE, *v*. MAYFIELD CITY
SCHOOLS, APPELLANT, ET AL.

[Cite as *Tomei v. Mayfield City Schools*, 2001-Ohio-275.]

*Appellate procedure—Final order—Political subdivision tort liability—R.C. 2744.02(C)—Court of appeals' judgment affirmed on authority of Stevens v. Ackman.*

(No. 00-460—Submitted February 28, 2001—Decided March 28, 2001.)

APPEAL from the Court of Appeals for Cuyahoga County, No. 77471.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Patrick M. Dukes,* for appellant.

*Zashin & Rich Co., L.P.A., Jonathan A. Rich* and *Stephen S. Zashin*, for appellee.

————————————